FEDER, Respondent, v. FEDER, Appellant. (Supreme Court, Appellate Division, Second Department. June 10, 1904.) Action by Mamie Feder against Isaac Feder. No opinion. Judgment affirmed, with costs.

FELIX, Appellant, v. DEVLIN et al., Respondents. (Supreme Court, Appellate Division, First Department. February, 1904.) Action by Peter W. Felix against Daniel C. Devlin and others. Formally resubmitted for error in appeal papers. Judgment modified as directed in opinion (86 N. Y. Supp. 12), and, as modified, affirmed, without costs.

FERRIS, Respondent, v. INTERURBAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 3, 1904.) Action by Francis E. Ferris against the Interurban Street Railway Company.
PER CURIAM. Appeal from Municipal Court dismissed, with costs, on authority of Spiegelman v. Union Railway Company (decided herewith) 88 N. Y. Supp. 478.

FIELD, Appellant, v. FRANKENFIELD, Respondent. (Supreme Court, Appellant Division, Fourth Department. May 10, 1904.) Action by Harry Field against Edwards Frankenfield. No opinion. Order of the County Court reversed, and judgment ordered for the plaintiff on the verdict, with costs.

FINN, Respondent, v. PRUDENTIAL INS. CO., Appellant. (Supreme Court, Appellate Division, Third Department. May 11, 1904.) Action by Daniel J. Finn, as executor, etc., of Achsah L. Pierce, against the Prudential Insurance Company.
PER CURIAM. Orders affirmed, with $10 costs and disbursements.
SMITH, J., not voting.

FISHER, Appellant, v. YOUNG, Respondent. (Supreme Court, Appellate Division, Third Department. May 4, 1904.) Action by Edward B. Fisher, by guardian, against William M. Young. No opinion. Order (85 N. Y. Supp. 115) affirmed, with $10 costs and disbursements.

FLINN, Respondent, v. AMERICAN ENGINE CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 10, 1904.) Action by Henry M. Flinn against the American Engine Company.
PER CURIAM. Judgment and order reversed, and new trial granted, costs to abide the event, on the authority of Flinn v. Medical Ass'n, 64 App. Div. 490, 72 N. Y. Supp. 243. We do not think the evidence on this trial establishes the fact that at the time of the occurrence complained of there was any reason to apprehend that the accident would be likely to result from the grounding of the wire.
HOOKER, J., dissents.